IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CR 774-11 |
| | ) | |
| Natividad Burgos, | ) | Judge: Kennelly |
|     Defendant. | ) | |

## ORDER

Defendant Natividad Burgos's motion to reduce his sentence is denied [dkt. no. 517], because the Court sentenced Mr. Burgos to the mandatory minimum sentence of 120 months, and recent modifications to the Sentencing Guidelines do not authorize a reduction below the mandatory minimum.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 9/21/2015